UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/16
```

KONINKLIJKE PHILIPS N.V. and )
PHILIPS LIGHTING NORTH AMERICA )
CORPORATION, )
          Plaintiffs, )
)   Case No. 15-cv 03979-WHP-FM
v. )
)
IGUZZINI LIGHTING USA, LTD., )
IGUZZINI LIGHTING NORTH )
AMERICA, INC., and IGUZZINI )
ILLUMINAZIONE S.P.A., )
)
          Defendants. )

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for good cause shown, this Court hereby **GRANTS** Defendants iGuzzini Lighting USA, Ltd., iGuzzini Lighting North America, Inc., and iGuzzini Illuminazione S.p.A.'s Unopposed Motion to Compel Production of Documents. Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation are **ORDERED** to produce the 564 license agreements identified by Plaintiffs on January 11, 2016. All documents produced pursuant to this Order are to be marked as "ATTORNEYS EYES ONLY – SUBJECT TO PROTECTIVE ORDER."

**IT IS SO ORDERED.**

Dated: January 19, 2016

                                              _____ 1/19/16
                                              Hon. William H. Pauley